IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF OHIO
EASTERN DIVISION

**TIM D. WALLER,**

        **Plaintiff,**

  vs.                                           **Civil Action 2:14-cv-2301**
                                                    **Judge Graham**
                                                    **Magistrate Judge King**

**COMMISSIONER OF SOCIAL SECURITY,**

        **Defendant.**

## ORDER

On July 7, 2015, the United States Magistrate Judge recommended that the decision of the Commissioner be reversed and that this action be remanded for further administrative proceedings. *Report and Recommendation,* ECF 20. Although the parties were advised of their right to object to that recommendation and of the consequences of their failure to do so, there has been no objection.

The *Report and Recommendation*, ECF 20, is **ADOPTED AND AFFIRMED**. The decision of the Commissioner is **REVERSED** and this matter is **REMANDED** to the Commissioner of Social Security for further administrative proceedings.

The Clerk is **DIRECTED** to enter **FINAL JUDGMENT** pursuant to Sentence 4 of 42 U.S.C. § 405(g).

Date: July 27, 2015

                                                                _____s/James L. Graham_____
                                                                 James L. Graham
                                                                 United States District Judge